In the Matter of ROBERT M. SCARANO, JR., Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted August 1, 2011; decided October 25, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

SONA SHAH, Appellant, v WILCO SYSTEMS, INC., Respondent.

Submitted August 8, 2011; decided October 25, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

WEAVER STREET PROPERTIES, LLC, Appellant, v COLD STONE CREAMERY, INC., Respondent.

Submitted August 22, 2011; decided October 25, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.